FILED
U.S. DISTRICT COURT
2008 JAN 16 AM 8:33
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| A. B. SKIPPER, | ) |
| Petitioner, | ) |
| v. | ) CV 107-069 |
| VICTOR WALKER, Warden, and THURBERT BAKER, Attorney General of the State of Georgia, | ) |
| Respondents. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Respondent Baker is **DISMISSED** from the above-captioned case, Respondent Walker's motion to dismiss is **GRANTED**, the above-captioned petition is **DISMISSED** as untimely, and this civil action is **CLOSED**.

SO ORDERED this 16th day of January, 2008, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE